# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ROBERT MOORE,** | ) |
| **Petitioner,** | ) |
| v. | ) Case No. 7:23-cv-01762-LCB-SGC |
| **ANTONIO McCLAIN,** *et al.*, | ) |
| **Respondents.** | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 14, 2025, recommending the claims presented in this petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be denied and dismissed as untimely, unexhausted, and procedurally defaulted. (Doc. 9). The magistrate judge further recommended denial of a certificate of appealability under Rule 11 of the *Rules Governing 2254 Proceedings*. (*Id.* at 7). Although the report advised the parties of their right to file written objections, neither party has objected; the deadline to object has expired.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the petitioner's claims will be denied and dismissed as time-barred, unexhausted, and procedurally defaulted. The court will deny a certificate of appealability.

A separate order will be entered. The Clerk is **DIRECTED** to mail a copy of this order to the petitioner.

**DONE** and **ORDERED** February 18, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE